IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLENE ANN SMITH,

        Plaintiff,                               Case No. 2:16-CV-1171

vs.                                          Chief Judge Edmund A. Sargus, Jr.

JPMORGAN CHASE BANK, N.A.        Magistrate Judge Kemp

        Defendant.

## NOTICE OF SETTLEMENT

        COMES NOW the Plaintiff, Charlene Smith, by counsel, and hereby notifies the Court that a settlement has been reached between the Plaintiff, Charlene Smith, and the Defendant, JPMorgan Chase Bank, N.A.  The settlement must be approved by the United States Bankruptcy Court for the Southern District of West Virginia, Case No. 3:16-bk-30155.  The parties respectfully request that the Court stay this matter pending approval of the settlement in bankruptcy court.

                By:    /s/ Jason E. Causey
                          JASON E. CAUSEY #0081933
                          BORDAS & BORDAS, PLLC
                          106 East Main Street
                          Saint Clairsville, OH  43950
                          (304) 242-8410
                          jcausey@bordaslaw.com

                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

Service of the foregoing **NOTICE OF SETTLEMENT** was had upon the Defendant herein on the 27th day of March, 2017, by filing electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Terri Kelly
JPMorgan Chase Bank Legal Dept.
10 S. Dearborn, Mail Code IL1-0287
Chicago, IL  60603
(312) 732-2537


By:     /s/ Jason E. Causey
         JASON E. CAUSEY #0081933
         BORDAS & BORDAS, PLLC
         106 East Main Street
         Saint Clairsville, OH  43950
         (304) 242-8410
         jcausey@bordaslaw.com

         *Counsel for Plaintiff*