```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Charlene Ann Smith,            :

    Plaintiff,             :

  v.                             :Case No. 2:16-cv-1171

                                            :CHIEF JUDGE EDMUND A. SARGUS, JR.
JPMorgan Chase Bank, N.A.,      Magistrate Judge Kemp

    Defendant.             :

## ORDER

Based on the representations contained in the notice of settlement filed by plaintiff, this case is stayed.  Plaintiff shall file a status report every sixty days.

 

/s/ Terence P. Kemp
United States Magistrate Judge