IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLENE ANN SMITH,

        Plaintiff,                                            Case No. 2:16-CV-1171

vs.                                                      Chief Judge Edmund A. Sargus, Jr.

JPMORGAN CHASE BANK, N.A.          Magistrate Judge Kemp

        Defendant.

## NOTICE OF STATUS OF SETTLEMENT

COMES NOW the Plaintiff, Charlene Smith, by counsel, and hereby states as follows:

1. A settlement was reached between the Plaintiff, Charlene Smith, and the Defendant, JPMorgan Chase Bank, N.A. The settlement agreement was signed on May 5, 2017, but approval by the United States Bankruptcy Court for the Southern District of West Virginia, Case No. 3:16-bk-30155 has not yet been obtained.

2. Plaintiff's counsel is holding the settlement check in trust pending approval.

3. All necessary documents have been submitted to the Trustee of the bankruptcy estate for approval. We received notice today that the Trustee has approved the settlement. As such, a motion for approval of the bankruptcy court will be filed this week.

The Plaintiff respectfully requests that the Court continue to stay this matter pending approval of the settlement in bankruptcy court.

                                                       By:    /s/ Jason E. Causey
                                                                 JASON E. CAUSEY #0081933
                                                                  BORDAS & BORDAS, PLLC
                                                                  106 East Main Street
                                                                  Saint Clairsville, OH  43950
                                                                  (304) 242-8410
                                                                  jcausey@bordaslaw.com
                                                                  *Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      Service of the foregoing **NOTICE OF STATUS OF SETTLEMENT** was had upon the Defendant herein on the 31st day of July, 2017, by mailing a copy of the same to counsel for the Defendant as follows:

Terri Kelly
JPMorgan Chase Bank Legal Dept.
10 S. Dearborn, Mail Code IL1-0287
Chicago, IL  60603
(312) 732-2537

                       By:    /s/ Jason E. Causey
                                JASON E. CAUSEY #0081933
                                BORDAS & BORDAS, PLLC
                                106 East Main Street
                                Saint Clairsville, OH  43950
                                (304) 242-8410
                                jcausey@bordaslaw.com
                                *Counsel for Plaintiff*