IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLENE ANN SMITH,

       Plaintiff,                             Case No. 2:16-CV-1171

vs.                                        Chief Judge Edmund A. Sargus, Jr.

JPMORGAN CHASE BANK, N.A.       Magistrate Judge Kemp

       Defendant.

## NOTICE OF STATUS OF SETTLEMENT

COMES NOW the Plaintiff, Charlene Smith, by counsel, and hereby states as follows:

1.     A settlement was reached between the Plaintiff, Charlene Smith, and the Defendant, JPMorgan Chase Bank, N.A.  The settlement agreement was signed on May 5, 2017.  On September 19, 2017, the United States Bankruptcy Court for the Southern District of West Virginia, Case No. 3:16-bk-30155 approved the settlement as fair and reasonable.

2.     Plaintiff's counsel is in the process of disbursing settlement funds.

Therefore, the Plaintiff is pleased to report that this matter may be dismissed with prejudice.

                                            By:    /s/ Jason E. Causey
                                                        JASON E. CAUSEY #0081933
                                                        BORDAS & BORDAS, PLLC
                                                        106 East Main Street
                                                        Saint Clairsville, OH  43950
                                                        (304) 242-8410
                                                        jcausey@bordaslaw.com
                                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Service of the foregoing **NOTICE OF STATUS OF SETTLEMENT** was had upon the Defendant herein on the 29th day of September, 2017, by mailing a copy of the same to counsel for the Defendant as follows:

Terri Kelly
JPMorgan Chase Bank Legal Dept.
10 S. Dearborn, Mail Code IL1-0287
Chicago, IL  60603
(312) 732-2537

By: /s/ Jason E. Causey
JASON E. CAUSEY #0081933
BORDAS & BORDAS, PLLC
106 East Main Street
Saint Clairsville, OH  43950
(304) 242-8410
jcausey@bordaslaw.com
*Counsel for Plaintiff*